(March 12, 1941.)

ALBERT BRUNET, Respondent, v. ROESSLER-HASSLACHER CHEMICAL COMPANY and Others, Appellants.— Order affirmed, without costs. All concur. (The order grants plaintiff's motion to restore case to calendar and denies defendants' motion for a dismissal of the complaint in a silicosis action.) Present — Crosby, P. J., Cunningham, Taylor, Harris and McCurn, JJ.

IRVING M. BAUER, Respondent, v. EASTERN FOOTWEAR CORPORATION, Appellant.— Order entered February 5, 1941, reversed on the law, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. Appeal from order entered October 15, 1940, dismissed. All concur. (The first above-mentioned order denies defendant's motion to vacate the second order which granted plaintiff's motion before opening of counsel to strike out certain parts of defendant's answer and the counterclaim and putting the case over the term with $100 costs to plaintiff in a contract action.) Present — Crosby, P. J., Cunningham, Taylor, Harris and McCurn, JJ.

EMILE P. GRENIER, Respondent, v. KATHERINE J. GRENIER, Appellant.— Order affirmed, without costs. Memorandum: The jurisdiction of the court continues for the purposes of this proceeding. (Civ. Prac. Act, § 1170; *Fox* v. *Fox*, 263 N. Y. 68; *Karlin* v. *Karlin*, 280 id. 32; *Karpf* v. *Karpf*, 260 App. Div. 701; *Ridder* v. *Ridder*, 175 Misc. 84.) All concur. (The order denies defendant's motion for a dismissal of a motion for the amendment of a final judgment in a separation action.) Present — Crosby, P. J., Cunningham, Taylor, Harris and McCurn, JJ. [175 Misc. 406.]

HELEN MOTYKA, Respondent, v. LOUIS W. COLLINS, Appellant.— Order affirmed, without costs, with leave to appellant to renew upon proper papers. (See *Dairymen's League Co-operative Assn., Inc.,* v. *Brundo*, 131 Misc. 548; *Micks* v. *Bogle*, 252 App. Div. 236.) All concur. (The order denies defendant's motion for change of place of trial in a negligence action.) Present — Crosby, P. J., Cunningham, Taylor, Harris and McCurn, JJ.

MONICA LEVAN, Respondent, v. LOUIS W. COLLINS, Appellant.— Same decision and like cause of action as in companion case of *Motyka* v. *Collins* (*ante*, p. 1043), decided herewith. Present — Crosby, P. J., Cunningham, Taylor, Harris and McCurn, JJ.

GEORGIA E. WILSON, Respondent, v. TRUMAN A. WILSON, Appellant.— Order modified by striking therefrom the provision for the payment of temporary alimony and as modified affirmed, without costs. All concur. (The order directs defendant to pay temporary alimony and counsel fees in a divorce action.) Present — Crosby P. J., Cunningham, Dowling, Harris and McCurn, JJ.

In the Matter of the Application of RUDOLPH DEANGELIS and AUGUST DEANGELIS, Petitioners, Respondents, for an Order of Review against HENRY E. BRUCKMAN, Chairman, and Others, Constituting the State Liquor Authority of the State of New York, Respondents, Appellants.— Determination of State Liquor Authority confirmed, with fifty dollars costs and disbursements. Appeal from order entered September 23, 1940, striking out parts of answer dismissed as academic. All concur. (Proceeding to review the determination of the respondents which revoked petitioners' liquor license. The order strikes out certain defenses in respondents' answer.) Present — Crosby, P. J., Cunningham, Dowling, Harris and McCurn, JJ.